IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-2126-DJC-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file an amended complaint.  Good cause appearing therefor, Plaintiff's motion will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1.　　Plaintiff's motion for an extension of time, ECF No. 19, is GRANTED.

　　　　2.　　Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  October 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dennis M. Cota
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1